Motion GRANTED. Plea hearing set for 11/28/12 at 3:30 p.m.

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | CASE NO. 3:10-00302 |
| | ) | JUDGE ALETA A. TRAUGER |
| LAVERN McQUEEN | ) | |

**MOTION TO CONTINUE THE TRIAL DATE AND
SET A CHANGE OF PLEA HEARING**

Comes now Lavern McQueen, by and through counsel of record, Paul J. Bruno, and hereby moves this Honorable Court to continue the trial date and set a change of plea hearing in this case for either Monday, November 26, 2012 in the morning, Wednesday, November 28, 2012 in the afternoon, or Friday, November 30, 2012 in the afternoon.

As grounds for this motion, Mr. McQueen would state and show that he does not intend to go to trial in this case as he and the government have reached a plea agreement in this case. Counsel for Mr. McQueen is not available to appear for a change of plea hearing on November 13, 2012 as he is scheduled to be in a hearing in Davidson County Criminal Court. As such, Mr. McQueen is asking to continue the trial date and set this matter for a change of plea hearing.

Mr. McQueen has signed a Speedy Trial Waiver that has been filed with this motion.

Based upon the foregoing, Mr. McQueen moves the Court to continue the trial date in this matter and to set this matter for a change of plea hearing on